1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 07-0093 MAG |
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER FOR SUMMONS |
| MARQUEZ D. WHITE, | ) | |
| Defendant. | ) | |

Having reviewed the Declaration of Jenny J. Yu, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of Court is directed to issue a summons directing the defendant, Marquez D. White, 4711 Calland Blvd., Daly City, CA 94134, to appear on April 4, 2007 at 9:30 a.m. before Magistrate Judge, the Honorable Edward M. Chen to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: __3/13/7_____

_____
THE HONORABLE JOSEPH C. SPERO
United States Magistrate Judge

ORDER FOR SUMMONS
Case No. CR 07-0093 MAG