1 | BARRY J. PORTMAN
Federal Public Defender
2 | RONALD C. TYLER
Assistant Federal Public Defender
3 | 450 Golden Gate Avenue
San Francisco, CA  94102
4 | Telephone:  (415) 436-7700

5 | Counsel for Defendant MCCLAIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 07-00093 JCS |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] |
| | ) | ORDER CONTINUING STATUS |
| v. | ) | CONFERENCE DATE |
| | ) | |
| TONETTE V. MCCLAIN, | ) | |
| | ) | |
| Defendant. | ) | |

The undersigned parties stipulate as follows:

1. The parties' are scheduled to appear before this Court on May 11, 2007 at 1:30 p.m. for a status conference.

2. Defense counsel, Ronald C. Tyler, has unexpectedly been called to conduct a investigation out of town and unable to make an appearance for the status conference. Counsel for government has been contacted and has no objections to a request for continuance from May 11, 2007 at 1:30 p.m. to June 15 , 2007 at 1:30 p.m., or some date thereafter convenient to the Court.

STIP. AND [~~PROP~~] ORDER CONTINUING
STATUS CONFERENCE DATE;
No. CR 07-00093 JCS

3. The parties also agree that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant in a speedy trial, in light of the need for the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

IT IS SO STIPULATED

Date: May 10 , 2007            /S/_____
                               RONALD C. TYLER
                               Assistant Federal Public Defender
                               Counsel for Tonette V. McClain

Date: May 10 , 2007            /S/_____
                               GARRICK S. LEW
                               Attorney at Law
                               Counsel for Defendant Marquez D. White

Date: May 10 , 2007            /S/_____
                               DEREK R. OWENS
                               Assistant United States Attorney

STIP. AND [PROP] ORDER CONTINUING
STATUS CONFERENCE DATE;
No. CR 07-00093 JCS

## ORDER

For GOOD CAUSE SHOWN, it is hereby ORDERED that the status conference hearing, currently scheduled for May 11, 2007 at 1:30 p.m., shall be continued to June 15, 2007 at 1:30 p.m., [or: ~~_____, 2007 at ____ a.m./p.m.~~]. IT IS FURTHER ORDERED that the time between May 11, 2007 and June 15, 2007 shall be excluded from the computation of time within which the trial of this matter must commence because the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial, in light of the need for the reasonable time necessary for effective preparation of counsel, for the reasons described in the above stipulation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

Date: May 10, 2007

_____
THE HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

STIP. AND [~~PROP~~] ORDER CONTINUING
STATUS CONFERENCE DATE;
No. CR 07-00093 JCS