```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  RONALD C. TYLER
    Assistant Federal Public Defender
 3  450 Golden Gate Avenue
    San Francisco, CA  94102
 4  Telephone:  (415) 436-7700

 5  Counsel for Defendant MCCLAIN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 07-00093 JCS |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] |
| v. | ) ORDER CONTINUING STATUS |
| TONETTE V. MCCLAIN, | ) CONFERENCE DATE |
| Defendant. | ) |

The undersigned parties stipulate as follows:

1. The parties' are scheduled to appear before this Court on June 15, 2007 at 1:30 p.m. for a status conference.

2. Defense counsel, Ronald C. Tyler, will be out of the district and will not be available for the June 15, 2007 status conference. Counsel for government has been contacted and has no objections to a request for continuance from June 15, 2007 at 1:30 p.m. to June 22 , 2007 at 1:30 p.m., or some date thereafter convenient to the Court.

STIP. AND [PROP] ORDER CONTINUING
STATUS CONFERENCE DATE;
No. CR 07-00093 JCS

1  3.  The parties also agree that the ends of justice served by granting such a continuance
2  outweigh the best interest of the public and the defendant in a speedy trial, in light of
3  the need for the reasonable time necessary for effective preparation of counsel, taking
4  into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(A) and
5  3161(h)(8)(B)(iv).
6  IT IS SO STIPULATED
7
8  Date: May 10 , 2007                    /S/
                                  RONALD C. TYLER
9                                 Assistant Federal Public Defender
                                  Counsel for Tonette V. McClain
10
11 Date: May 10 , 2007                    /S/
                                  GARRICK S. LEW
12                                Attorney at Law
                                  Counsel for Defendant Marquez D. White
13
14
   Date: May 10 , 2007                    /S/
15                                DEREK R. OWENS
                                  Assistant United States Attorney
16
17
18
19
20
21
22
23
24
25
26
STIP. AND [PROP] ORDER CONTINUING
STATUS CONFERENCE DATE;
No. CR 07-00093 JCS

ORDER

For GOOD CAUSE SHOWN, it is hereby ORDERED that the status conference hearing, currently scheduled for June 15, 2007 at 1:30 p.m., shall be continued to June 22, 2007 at 1:30 p.m., [or: _____, 2007 at ___ a.m./p.m.].  IT IS FURTHER ORDERED that the time between June 15, 2007 and June 22, 2007 shall be excluded from the computation of time within which the trial of this matter must commence because the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial, in light of the need for the reasonable time necessary for effective preparation of counsel, for the reasons described in the above stipulation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

Date: May 14, 2007

_____
THE HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

STIP. AND [PROP] ORDER CONTINUING
STATUS CONFERENCE DATE;
No. CR 07-00093 JCS

3