```
 1  SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney
 2
    BRIAN J. STRETCH (CABN 163973)
 3  Chief, Criminal Division

 4  WENDY THOMAS (NYBN 4315420)
    Special Assistant United States Attorney
 5

 6     450 Golden Gate Avenue
       San Francisco, California  94102
 7     Telephone: (415) 436-6809
       Facsimile: (415) 436-7234
 8     E-Mail: wendy.thomas@usdoj.gov

 9  Attorneys for Plaintiff

10
                         UNITED STATES DISTRICT COURT
11
                       NORTHERN DISTRICT OF CALIFORNIA
12
                              SAN FRANCISCO DIVISION
13
    UNITED STATES OF AMERICA,           )   Criminal No. CR 07 0093 MAG
14                                      )
           Plaintiff,                   )
15                                      )
                                        )   [PROPOSED] ORDER AND
16         v.                           )   STIPULATION EXCLUDING TIME
                                        )   FROM JULY 27, 2007 TO AUGUST 30,
17  MARQUEZ D. WHITE,                   )   2007
                                        )
18         Defendant.                   )
                                        )
19  _____)

20
```

21      The parties appeared before the Honorable Joseph C. Spero on July 27, 2007.

22 With the agreement of counsel for both parties, the Court found and held as follows:

23      1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

24 3161(c)(1), from July 27, 2007 to August 30, 2007, in light of the need for defendant's continuity

25 of counsel. Failure to grant the requested continuance would unreasonably deny defendant

26 continuity of counsel given the unavailability of current defense counsel.

27      2. Given these circumstances, the Court found that the ends of justice served by

28
**[PROPOSED] ORDER AND
STIPULATION EXCLUDING TIME
CR 07 0093 MAG**

excluding the period from July 27, 2007 to August 30, 2007, 2007 outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from July 27, 2007 to August 30, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 8/13/07

/s/
GARRICK S. LEW
Counsel for Marquez D. White

DATED: 8/13/07

/s/
WENDY THOMAS
Special Assistant U.S. Attorney

IT IS SO ORDERED.

DATED: __8/15/7_____



THE HONORABLE JOSEPH C. SPERO
United States Magistrate Judge

[**PROPOSED**] ORDER AND
STIPULATION EXCLUDING TIME
CR 07 0093 MAG                    2