GARRICK S. LEW (State Bar No. 61889)
LAW OFFICE OF GARRICK S. LEW
600 Townsend Street Suite 329 E
San Francisco, CA 94103
Telephone: (415) 575-3588
Facsimile: (415) 522-1506

Attorney for Defendant
Marquez White

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　 )<br>　　　　　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　 )<br>　vs.　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　 )<br>MARQUEZ WHITE,　　　　　　　　)<br>　　　　　　　　　　　　　　　 )<br>　　　　　　　　Defendant. )<br>_____) | CR 07-0093 MAG<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE** |

　　　The United States, through its counsel AUSA Wendy Thomas, and defendant Marquez White, through his counsel Garrick S. Lew, hereby agree and stipulate to continue the hearing in this case scheduled for February 11, 2008, at 10:30 a.m. to the new date of March 21, 2008, at 10:30 a.m. for supervised release review and status setting due to defendant's unavailability to appear before the court.

　　　SO STIPULATED.

Dated: February 11, 2008

　　　　　　　　　　　　　　　　　　　　　GARRICK LEW
　　　　　　　　　　　　　　　　　　　　　Counsel for Tony Cheng


Dated: _2/12/08_____　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　Wendy Thomas
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

1

**ORDER**

Based on the stipulation of the parties IT IS HEREBY ORDERED that the hearing scheduled for February 11, 2008 at 10:30 a.m. be vacated and that the parties appear on March 21, 2008 at 10:30 a.m. for status report from counsel for defendant and and further setting in this case.

Good cause appearing, **It is so ordered**.

DATED: 2/14/08



_____
Honorable Joseph C. Spero
United States Magistrate Judge